USDC/CLK-007 (Rev. 10/2021) Notice of Filing of Motion Under 28 U.S.C. § 2255 to Vacate Sentence by Person in Federal Custody

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

| | |
|---|---|
| **JAMAA I. JOHNSON** | **NOTICE OF FILING OF A MOTION UNDER 28 U. S. C. § 2255 TO VACATE SENTENCE BY A PERSON IN FEDERAL CUSTODY** |
| v. | **CRIMINAL ACTION NO. 2:13-00091-07** |
| **UNITED STATES OF AMERICA** | **(CIVIL ACTION NO. 2:22-00152)** |

**TO:** William S. Thompson, United States Attorney
Southern District of West Virginia
300 Virginia Street, East, Suite 4000
Charleston, West Virginia 25301

Please be advised that on March 30, 2022, the Clerk of the Court for the Southern District of West Virginia filed a *Motion to Vacate Sentence by a Person in Federal Custody* on behalf of Jamaa I. Johnson pursuant to Title 28, United States Code, Section 2255, in the above-captioned matter. The style and numbers appearing above shall be used by all parties for any documents or correspondence relating to this matter. Please be sure to include both criminal and civil case numbers.

A copy is attached for your reference.

**Date:** April 6, 2022    **RORY L. PERRY II, CLERK OF COURT**

  **By: s/Tony Riley**
  **Deputy Clerk**

cc:   Frank W. Volk, U. S. District Judge
   Dwane L. Tinsley, Magistrate Judge

Jamaa I. Johnson
#17921-084
F. C. I. PETERSBURG LOW
P. O. Box 1000
Petersburg VA 23804