IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

JAMAA I. JOHNSON,

    Movant,

v.                                           Case No. 2:22-cv-00152
                                                 Case No. 2:13-cr-00091-7

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

Pending is Movant's Motion to Request Counsel (ECF No. 1056). In accordance with the accompanying Proposed Findings and Recommendation recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (ECF No. 1049), as amended (ECF No. 1055), be denied and that this matter be dismissed, it is hereby **ORDERED** that Movant's Motion to Request Counsel (ECF No. 1056) is **DENIED**.

The Clerk is directed to mail a copy of this Order to Movant and to transmit a copy to counsel of record.

ENTER:      September 19, 2024

*Dwane L. Tinsley*
United States Magistrate Judge