UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

JAMAA I. JOHNSON,

    Petitioner,

v.                                                    CIVIL ACTION NO. 2:22-cv-00152
                                                      CRIMINAL ACTION NO. 2:13-cr-00091-7

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT ORDER

In accordance with the Order entered this same date dismissing the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, as amended, the Court **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket.

The Court directs the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                                   ENTER:      October 11, 2024

                                                   Frank W. Volk
                                                   Chief United States District Judge